## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 24-105** |
| **MOTTA LAW, LLC**<br>**KING FIRM, LLC** | **SECTION: "D"** |
| | **VIOLATIONS: 18:1349, 18:1341; 18:1503(a); 18:1512(b)(1); 18:2;** |

## NOTICE OF TRIAL AND PRETRIAL CONFERENCE

Take notice that this criminal case has been **reset** for **TRIAL** on **MARCH 17, 2025, at 9:00 a.m.**

before Judge Wendy B. Vitter, 500 Poydras Street, Courtroom C-352, New Orleans, LA 70130. A

FINAL PRETRIAL CONFERENCE will be held on **February 28, 2025, at 10:00 a.m.**

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: January 10, 2025

TO: **MOTTA LAW, LLC-**

**Counsel for Defendant- Motta Law, LLC:**
Sean Toomey, Esq.- stoomey@liskow.com

**KING FIRM, LLC-**

**Counsel for Defendant- King Firm, LLC**
David Courcelle, Esq.-
dcourcelle@courcellelaw.com

CAROL L. MICHEL, CLERK
by: Melissa Verdun, Deputy Clerk

AUSA: Matthew Payne, Brian Klebba, Jeffrey McLaren and Mary Kaufman

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

Interpreter: **none**

**FBI- Special Agent Michael Heimbach**

**If you change address,
notify clerk of court
by phone, 504-589-7708**