UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105 |
| RYAN J. HARRIS, ET AL. | SECTION: D (1)<br>This Order applies to<br>the King Firm, LLC |

### ORDER

Considering the Motion to Enroll As Counsel (R. Doc. 364);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Richard T. Simmons, Jr. (La. Bar No. 12089), of the law firm Hailey, McNamara, LLP, shall be enrolled as counsel of record for defendant, The King Firm, LLC.

New Orleans, Louisiana, July 31, 2025.

*Wendy B. Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**