**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 24-105** |
| **RYAN J. HARRIS, ET AL.** | **SECTION: D (1)**<br>**This Order applies to**<br>**Counts 1-8 of the**<br>**Second Superseding**<br>**Indictment** |

## SCHEDULING ORDER

**IT IS HEREBY ORDERED** that the following guidelines and deadlines are **SET.** The scheduling order assumes a trial date of March 2, 2026, for the joint trial of Sean D. Alfortish, Vanessa Motta, Motta Law, LLC, Jason F. Giles, The King Firm, LLC, Leon M. Parker, Diaminike F. Stalbert, Carl G. Morgan, and Timara N. Lawrence on Counts one through eight of the second superseding indictment. (R. Doc. 256). Should the trial date change, the dates and deadlines reflected in this order will automatically adjust to incorporate the change in trial date (*i.e.,* the number of days prior to trial for each deadline will remain the same) unless specifically set otherwise by the Court.

## DISCOVERY

Informal letter discovery/reciprocal discovery will be conducted in accordance with Rule 16 of the Federal Rules of Criminal Procedure and Local Criminal Rule 12 and will be completed by **October 17, 2025**. Any motions to compel discovery must be filed no later than **October 6, 2025**. Any opposition must be filed by **October 17, 2025**. The Court will consider a motion to compel filed after this deadline if the motion

establishes good cause.  Should the parties feel oral argument is necessary, they are instructed to request same with the Magistrate Judge.

The government and the defendants recognize that the parties will continue to investigate this matter beyond the October 17, 2025, discovery deadline, and all parties agree to turn over any additional discovery materials in a timely fashion.

At any time the Court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief.

## BRADY MATERIAL

The government is aware of its continuing obligation to produce exculpatory and other impeachment material under *Brady v. Maryland* and its progeny and will discharge this obligation.  The government will provide any materials that are discoverable under *Brady*, to the extent they exist, during the Rule 16 discovery phase of this proceeding set forth above.  However, materials or information which might constitute evidence discoverable under *Brady* and producible under the Jencks Act (18 U.S.C. § 3500) and Federal Rule of Criminal procedure 26.2 will be produced with the Jencks materials on **February 9, 2026**.

## JENCKS ACT MATERIALS

Materials to which the defendant and the government are entitled under Federal Rule of Criminal Procedure 26.2, the Jencks Act (18 U.S.C. § 3500) will be provided voluntarily to the opposing parties by **Monday, February 9, 2026, at 5:00 p.m.**  The parties may agree to provide materials at an earlier date to facilitate the expeditious presentation of evidence.

## <u>PRE-TRIAL MOTIONS</u>

The Court will hold a hearing on the government's motion concerning the forfeiture by wrongdoing exception to the hearsay rule on **Thursday, October 30, 2025, at 9:00 a.m.**

Any motions to dismiss must be filed by **November 24, 2025**.  Any opposition must be filed by **December 8, 2025**.   The Court will hear any such motions on **Tuesday, December 16, 2025, at 1:30 p.m**.

Motions for a bill of particulars, motions to suppress, and motions to strike surplusage shall be filed by **December 8, 2025**.   Any opposition shall be filed by **December 22, 2025**. The Court will hear any such motions on **Tuesday, January 6, 2026, at 1:30 p.m**.  The parties recognize that certain rulings from the Court may require the filing of additional pre-trial motions.

## <u>MOTIONS *IN LIMINE*</u>

All motions *in limine* shall be filed no later than **Tuesday, February 2, 2026**, with all oppositions due by **February 9, 2026**.  The Court will discuss and resolve, if appropriate, any motion *in limine* during the pretrial conference on February 11, 2026 and hear any such motions, if necessary, on **Thursday, February 19, 2026, at 1:30 p.m.**

## <u>NOTICE OF THE UNITED STATES' INTENT TO ADMIT EVIDENCE OF OTHER CRIMES, WRONGS, OR ACTS IN ACCORDANCE WITH RULE 404(b) OF THE FEDERAL RULES OF EVIDENCE</u>

The government will file any notice of its intent to utilize evidence of other

crimes, wrongs or acts no later than **January 5, 2026**.  Responses to the notice shall be due on **January 23, 2026**.  The Court will hear the arguments on the notice on **Tuesday, February 3, 2026, at 1:30 p.m.**

## EXPERT WITNESSES

In accordance with the provisions of Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States will designate experts it may call and provide the required Rule 16 disclosures no later than **December 6, 2025**, unless the expert is acquired in response to notice that the defense will utilize expert testimony at trial, in which case the United States will have until **January 20, 2026**, to produce same. In accordance with the provisions of Rule 16(b)(1)(C), the defense will designate experts it may call and provide the required Rule 16 disclosures no later than **January 6, 2026**, unless the expert is acquired in response to notice that the United States will utilize expert testimony at trial, in which case the defense will have until **January 20, 2026**, to produce same.

Motions challenging any notice under this provision shall be due 14 days after disclosure.  The Court will set any *Daubert* hearings, if appropriate, upon the filing of any motion challenging an expert.

## STIPULATIONS

To facilitate judicial economy, where authenticity and technical predicates are not at issue, the government will submit to the defendants a proposed stipulation relating to the authenticity of its evidence no later than **January 20, 2026**.  The stipulations will encompass the authenticity of recorded audio/video tapes and

business/public records. The defendants will review the proposed stipulations and propose any changes by **February 2, 2026**, with agreement on the final stipulations to be completed and filed into the record no later than **February 16, 2026**. The government will likewise act accordingly with any stipulations proposed by the defense.

## EXHIBIT LISTS

Proposed exhibit lists (United States and defense) will be submitted to each party by **January 20, 2026**. The parties also desire to present trial exhibits without redaction. However, the parties understand and agree that no trial exhibit can be released to a non-party without satisfying the requirements of Fed. R. Crim. P. 49.1. Charts and summaries used to aid the jury will be disclosed by the parties by **noon on the Friday before the Monday trial**.

Any objections to the charts and summaries shall be sent to the Court's email address, efile-Vitter@laed.uscourts.org, by **3:00pm on that same Friday**. The parties should be prepared to hold a telephone status conference that afternoon with the Court to discuss and resolve any objections. Further amendments to the exhibit lists will be disclosed immediately.

## OBJECTIONS-EXHIBITS

Objections to proposed exhibits will be provided to the Court no later than **5:00 p.m. on February 2, 2026**, with responses to the objections due to the Court no later than **5:00 p.m. on February 9, 2026**. All exhibits disclosed prior to trial and not objected to prior to trial shall be considered authentic, reliable, and trustworthy for

purposes of admissibility.  However, the parties reserve the right to object to the relevancy of any exhibit.  The parties also reserve the right to introduce testimony that explains the background or circumstances surrounding any exhibit sought to be introduced at trial.  The Court will discuss and resolve objections to the exhibits during the pretrial conference on February 11, 2026.

## WITNESS LISTS

The government will provide defense counsel with a list of intended witnesses one week before trial.  Furthermore, both the government and defendants will endeavor in good faith to exchange next day witness lists the day before testimony.  All parties will provide timely notice of any changes.

## PRETRIAL CONFERENCE AND TRIAL

The Pretrial Conference is scheduled for **Wednesday, February 11, 2026, at 10:00 a.m. (CST).**  During the conference, the Court will discuss with counsel procedures for filing proposed voir dire, jury instructions, and the verdict form.  The deadline for those filings will be **Friday, February 20, 2026**.

The jury trial in this matter shall commence on **Monday, March 2, 2026, at 9:00 a.m. (CST).**

New Orleans, Louisiana, September 4, 2025.

**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**