UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| **v.** | * | **SECTION: "D"(1)** |
| | | **(Counts 1 through 8)** |
| **RYAN J. HARRIS,** *et al.* | * | |

\* \* \*

**GOVERNMENT'S NOTICE OF INTRINSIC EVIDENCE OR, ALTERNATIVELY,
EVIDENCE ADMISSIBLE PURSUANT TO FEDERAL RULE OF EVIDENCE 404(b)**

The United States of America, through the undersigned attorneys, hereby submits this notice of intrinsic evidence, or alternatively, evidence admissible pursuant to Federal Rule of Evidence 404(b). The government provides this notice in compliance with the Scheduling Order's Rule 404(b) deadline of January 5, 2026. *See* Rec. Doc. 405.

The government intends to seek a superseding indictment on Friday, January 9, 2026. The government anticipates that the evidence described in this notice will be included in the superseding indictment. However, because the Rule 404(b) deadline falls four days before the expected date of the superseding indictment, the government offers this notice in an abundance of caution.

The evidence of "other acts" includes:

- Eight collisions in addition to the collisions described in the current indictment that were handled at some point by Motta Law, LLC. The government previously informed the defense that it intended to introduce evidence related to the collisions in a letter dated November 28, 2025. The inclusion of the collisions at trial would primarily implicate Sean D. Alfortish, Vanessa Motta, and Motta Law. The slammers in the collisions were Cornelius Garrison and Ryan Harris. The government has already produced discovery

related to the collisions, and it does not anticipate that there will be much, if any, additional discovery for them. Evidence related to these additional collisions is intrinsic to the charged offenses and thus "is admissible to complete the story of the crime by proving the immediate context of events in time and place . . . and to evaluate all of the circumstances under which the defendant acted[.]" *See United States v. Rice*, 607 F.3d 133, 141 (5th Cir. 2010) (citation and quotation marks omitted). Alternatively, the evidence is admissible under Rule 404(b) because it establishes motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or lack of accident. *See United States v. Juarez*, 866 F.3d 622, 626-27 (5th Cir. 2017).

- Alfortish's submission of forged bank documents as part of a scheme to conceal assets. The government presented this evidence as part of FBI Special Agent Michael Heimbach's testimony at the recent hearing concerning the forfeiture by wrongdoing exception to the hearsay rule. This evidence is admissible because it is intrinsic to the charged offenses. *See Rice*, 607 F.3d at 141. Alternatively, it is admissible under Rule 404(b). *See Juarez*, 866 F.3d at 626-27.

- Alfortish's offering to pay Cesar Lobo-Ramos, a/k/a "Rambo," to provide false testimony during the recent deposition held pursuant to Federal Rule of Criminal Procedure 15. The government plans to make a discovery production of materials related to this conduct in conjunction with the filing of this notice. Additionally, the conduct is described in the attached exhibits. *See* 10/28/2025 Witness 302 Report, attached hereto as Government's Sealed Exhibit A; 10/22/2025 Email from Lobo-Ramos (a/k/a "Rambo") to Alfortish, attached hereto as Government's Exhibit B.[1] This evidence is admissible because it is

---

[1] The government is filing a motion to file Exhibit A and an unredacted version of Exhibit B under seal. The government redacted personal identifying information from the publicly filed version of Exhibit B.

intrinsic to the charged offenses. *See Rice*, 607 F.3d at 141. Alternatively, it is admissible under Rule 404(b). *See Juarez*, 866 F.3d at 626-27.

Respectfully submitted,

MICHAEL M. SIMPSON
Attorney for the United States
Acting under authority conferred
by 28 U.S.C. § 515

/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
BRIAN M. KLEBBA
MARY KATHERINE KAUFMAN
Assistant United States Attorneys
J. RYAN McLAREN
Trial Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
Assistant U.S. Attorney