MINUTE ENTRY
VITTER, J.
MARCH 9, 2026
JS10 – 6:57

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NUMBER: 24-105 |
| VANESSA MOTTA<br>MOTTA LAW, LLC<br>JASON F. GILES<br>THE KING FIRM, LLC<br>DIAMINIKE STALBERT | SECTION: "D" (1) |

## JURY TRIAL
### DAY 6

CASE MANAGER:        Lanie Bryant/Bridget Gregory
COURT REPORTER:   Jodi Simcox
LAW CLERK:              Frances Ledson

APPEARANCES:        Matthew Payne, Brian Klebba, Jeffrey McLaren and Mary Katherin Kaufman, Counsel for Government
Sean Toomey, Ellen George, Dominic Berthelot and Zachary Berryman, Counsel for Defendant Vanessa Motta and Motta Law, LLC
Lynda Van Davis-Greenstone, Counsel for Defendant Jason Giles
Richard Simmons, Counsel for defendant The King Firm, LLC
Hester Hilliard, Counsel for defendant Diaminike Stalbert
Vanessa Motta, Defendant
Jason Giles, Defendant
Diaminike Stalbert, Defendant

Court begins at 8:00 a.m.
Out the presence of the jury – court discusses preliminary matters.
Court recesses at 8:04 a.m.
Court resumes at 8:36 a.m.
Jury enters at 8:40 a.m.
Case Called. All present and ready.
Government's witness, Robert Guillot – sworn and testified.
Government offers exhibit 072.023 into evidence. No objection from defense counsel.
Court admits government exhibit 072.023 into evidence.
Counsel for Ms. Stalbert cross-examines witness, Robert Guillot.
Government re-directs.

CR 24-105 "D"
Page 2- Jury Trial Minutes Day 6
March 9, 2026

Government's witness, William Crammer – sworn and testified.
Government offers exhibit 013.001 into evidence. No objection from defense counsel. Court admits government exhibit 013.001 into evidence.
Government offers exhibit 013.031 into evidence. No objection from defense counsel. Court admits government exhibit 013.031 into evidence.
Government offers exhibit 013.003 into evidence. No objection from defense counsel. Court admits government exhibit 013.003 into evidence.
Government offers exhibits 013.006 through 013.022 into evidence. No objection from defense counsel. Court admits government exhibits 013.006 through 013.022 into evidence.
Government offers exhibit 013.043 into evidence. No objection from defense counsel. Court admits government exhibit 013.043 into evidence.
Government offers exhibits 013.044 through 013.060 into evidence. No objection from defense counsel. Court admits government exhibits 013.044 through 013.060 into evidence.
Counsel for Ms. Motta and Motta Law, LLC cross-examines witness, William Crammer.
Government re-directs.
Court recesses at 10:20 a.m.
Court resumes at 10:38 a.m.
Government's witness, Michele Hudak – sworn and testified.
Government offers exhibit 006.169 into evidence. Objection by counsel for Ms. Motta and Motta Law, LLC. Court overrules objection and admits government exhibit 006.169 into evidence.
Government offers exhibit 006.179 into evidence. Objection by counsel for Ms. Motta and Motta Law, LLC. Court overrules objection and admits government exhibit 006.179 into evidence.
Government offers exhibit 006.168 into evidence. Objection by counsel for Ms. Motta and Motta Law, LLC. Court overrules objection and admits government exhibit 006.168 into evidence.
Counsel for Ms. Motta and Motta Law, LLC cross-examines witness, Michelle Hudak. No re-direct.
Government's witness, Sidney Hardy – sworn and testified.
Government offers exhibit 379.001 into evidence. No objection from defense counsel. Court admits government exhibit 379.001 into evidence.
Government offers exhibit 089.003 into evidence. No objection from defense counsel. Court admits government exhibit 089.003 into evidence.
Government offers exhibit 379.012 into evidence. Objection by counsel for Ms. Motta and Motta Law, LLC. Court overrules objection and admits government exhibit 379.012 into evidence.
The Court instructs the jury as to the limited purpose of exhibit 379.012.

CR 24-105 "D"
Page 3- Jury Trial Minutes Day 6
March 9, 2026

Government offers exhibit 379.013 into evidence. Objection by counsel for Ms. Motta and Motta Law, LLC. Court overrules objection and admits government exhibit 379.013 into evidence.
Government offers exhibit 379.015 into evidence. No objection from defense counsel. Court admits government exhibit 379.015 into evidence.
Government offers exhibit 006.093 into evidence. Objection by counsel for Ms. Motta and Motta Law, LLC. Court overrules objection and admits government exhibit 006.093 into evidence.
Government offers exhibit 006.175 into evidence. No objection from defense counsel. Court admits government exhibit 006.175 into evidence.
Government offers exhibit 045.002 into evidence. No objection from defense counsel. Court admits government exhibit 045.002 into evidence.
Government offers exhibit 379.029 into evidence. No objection from defense counsel. Court admits government exhibit 379.029 into evidence.
Government offers exhibit 379.036 into evidence. No objection from defense counsel. Court admits government exhibit 379.036 into evidence.
Counsel for Ms. Motta and Motta Law, LLC cross-examines witness, Sidney Hardy. Government re-directs.
Court recesses for lunch at 12:13 p.m.
Court resumes at 1:18 p.m.
Government's witness, Arthur Meyer – sworn and testified.
Government offers exhibit 054.008 into evidence. No objection from defense counsel. Court admits exhibit 054.008 into evidence.
Government offers exhibit 054.009 into evidence. No objection from defense counsel. Court admits government exhibit 054.009 into evidence.
Counsel for Ms. Motta and Motta Law, LLC cross-examines witness, Arthur Meyer. No re-direct
Government's witness, Scotty Payne – sworn and testified.
Government offers exhibits 055.001 through 055.033 into evidence. No objection from defense counsel. Court admits government exhibits 055.001 through 055.003 into evidence.
Counsel for Ms. Motta and Motta Law, LLC cross-examines witness, Scotty Payne. Government re-directs.
Government's witness, Dimitri Frazier – sworn and testified.
Government offers exhibit 378.009 into evidence. No objection from defense counsel. Court admits government exhibit 378.099 into evidence.
Counsel for Ms. Motta and Motta Law, LLC cross-examines witness, Dimitri Frazier. Government re-directs.
Government's witness, Carl Morgan – sworn and testified.
.

CR 24-105 "D"
Page 4- Jury Trial Minutes Day 6
March 9, 2026

Government offers exhibit 003.001 into evidence. No objection from defense counsel.
Court admits government exhibit 003.001 into evidence
Government offers exhibit 003.003 into evidence. No objection from defense counsel.
Court admits government exhibit 003.003 into evidence.
Government offers exhibit 003.002 into evidence. No objection from defense counsel.
Court admits government exhibit 003.002 into evidence.
Government offers exhibit 006.024 into evidence. No objection from defense counsel.
Court admits government exhibit 006.024 into evidence.
Counsel for Ms. Motta and Motta Law, LLC cross-examines witness, Carl Morgan.
Court recesses at 2:52 p.m.
Court resumes at 3:12 p.m.
Out the presence of the jury – Court discusses preliminary matters.
Jury enters at 3:15 p.m.
Examination of Carl Morgan continues.
Counsel for The King Firm, LLC cross-examines witness, Carl Morgan.
Counsel for Mr. Giles cross-examines witness.
Government re-directs.
Government's witness, Claude Kelly – sworn and testified.
Government offers exhibit 057.010 into evidence. No objection from defense counsel.
Court admits government exhibit 057.010 into evidence.
Government offers exhibit 006.187 into evidence. No objection from defense counsel.
Court admits government exhibit 006.187 into evidence.
Government offers exhibit 006.204 into evidence. No objection from defense counsel.
Court admits government exhibit 006.204 into evidence.
Government offers exhibit 006.052 into evidence. No objection from defense counsel.
Court admits government exhibit 006.052 into evidence.
Government offers exhibit 057.011 into evidence. No objection from defense counsel.
Court admits government exhibit 057.011 into evidence.
Counsel for Ms. Motta and Motta Law, LLC cross-examines witness, Claude Kelly.
Government re-directs.
Government's witness, Gerard Dragna – sworn and testified.
Government offers exhibit 006.112 into evidence. No objection from defense counsel.
Court admits government exhibit 006.112 into evidence.
Government offers exhibit 006.155 into evidence. No objection from defense counsel.
Court admits government exhibit to 006.155 into evidence.
Government offers exhibit 006.114 into evidence. No objection from defense counsel.
Court admits government exhibit 006.114 into evidence.
Government offers exhibit 379.007 into evidence. No objection from defense counsel.
Court admits government exhibit 379.007 into evidence.

CR 24-105 "D"
Page 5- Jury Trial Minutes Day 6
March 9, 2026

Counsel for Ms. Motta and Motta Law, LLC cross-examines witness, Gerard Dragna. Government re-directs.
Jury given recess instructions and discharged for the evening.
Trial will continue at 8:30 a.m. on Tuesday, March 10, 2026.
Out the presence of the jury – court discusses preliminary matters. Counsel for The King Firm, LLC orally moves for a Mistrial. Court **DENIES** defendant's oral Motion for a Mistrial for reasons stated on the record.
Court Adjourned at 5:12 p.m.

*WBV*